IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TODD BARRON, ADELE FERRERA, MATTHEW MCDONOUGH and DAVID KORN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>SNYDER'S LANCE, INC.,<br><br>                Defendant. | ORDER<br><br>WDW Case No. 16-mc-06-slc<br><br>SDF Case No. 13-62496 LENARD/GOODMAN |

On May 10, 2016, Pamela A. Sweeney, self-styled pro se objector in this lawsuit, filed a motion to stay discovery and to quash a Rule 45 subpoena that requires her deposition here in Madison on May 12, 2016. *See* dkt. 1. This is the third motion to quash filed in this court within the past week by Ms. Sweeney or by Patrick Sweeney, but the other two resolved themselves without this court entering a captioned order. *See* 16-mc-04 , *In Re: Blue Buffalo Company, Ltd. Marketing and Sales Practices Litigation*, and 16-mc-05, *In Re: Automotive Parts Antitrust Litigation*.

In this particular case, the attorneys in the underlying lawsuit have filed a response (dkt. 2) in opposition to Ms. Sweeney's motion, to which they have attached a copy of the February 12, 2016 Order Granting Preliminary Approval of Class Action Settlement [. . .], dkt. 202. That order specifically permits the attorneys to take Ms. Sweeney's deposition in the manner they have set forth in their subpoena to Ms. Sweeney. *Id.* at 7-8 (¶14). Ms. Sweeney's boilerplate objections have not persuaded this court that it should quash the subpoena or stay discovery.

ORDER

It is ORDERED that:

(1) Objector Pamela A. Sweeney's Motion To Stay Discovery / To Quash a Rule 45 Subpoena is DENIED; and

(2) Pamela A. Sweeney must comply with the Rule 45 subpoena in all respects. Failure to do so could result in the sanctions set forth in ¶14 of the Southern District of Florida's February 12, 2016 order, as well as possible contempt sanctions imposed by this court.

Entered this 10th day of May, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge